RECEIVED
AUG 17 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ANNE R. YANOFSKY, ET AL.      MISC. CASE NO. 6:17-mc-154
RELATED CASE NO. 15-582

VERSUS      JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL      MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Anne R. Yanofsky, as Personal Representative and Derivative Claimant; and Adam Yanofsky and Ithan Yanofsky as Derivative Claimants of the Estate of Ronald Yanofsky is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 17th day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE